153 P.3d 475

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Golojuch | 27629 | 02/02/2007 | Affirmed |
| Martin v. State | 27836 | 02/15/2007 | Affirmed |